# United States Court of Appeals
### For the Eighth Circuit

_____

No. 22-1088
_____

Tamara Kent

*Plaintiff - Appellant*

v.

International Brotherhood of Electrical Workers, Local 1; St. Louis Area
Electricians Joint Apprenticeship & Training Committee

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Eastern District of Missouri - St. Louis

_____

Submitted: July 6, 2022
Filed: July 14, 2022
[Unpublished]

_____

Before LOKEN, COLLOTON, and KELLY, Circuit Judges.

_____

PER CURIAM.

Tamara Kent appeals following the district court's[1] with-prejudice dismissal of her employment discrimination action pursuant to Federal Rule of Civil Procedure 41(b). Having carefully reviewed the record and the parties' arguments on appeal, we affirm.

We conclude that the district court did not abuse its discretion in denying Kent's motions for appointment of counsel. See Phillips v. Jasper Cnty. Jail, 437 F.3d 791, 794 (8th Cir. 2006) (standard of review). Further, we find no abuse of discretion in the district court's dismissal of the action for willful disobedience of the court's orders and a pattern of intentional delay. See Smith v. Gold Dust Casino, 526 F.3d 402, 404 (8th Cir. 2008) (standard of review). Accordingly, the judgment of the district court is affirmed. See 8th Cir. R. 47B.

_____

---

[1]The Honorable Sarah E. Pitlyk, United States District Judge for the Eastern District of Missouri.